UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AMY VIGGIANO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KOHL'S DEPARTMENT STORES, INC.<br><br>　　　　　　　　　　Defendant. | Civ. Action No. 17-0243-BRM-TJB<br><br>**ORDER** |

**THIS MATTER** is opened to the Court by (1) Defendant Kohl's Department Stores, Inc.'s ("Defendant") Motion to Dismiss Plaintiff Amy Viggiano's ("Plaintiff") claims against it pursuant to Federal Rule of Civil Procedure 12(b)(6) (ECF No. 8); and (2) Plaintiff's Motion for Leave to File a Sur Reply (ECF No. 18). Plaintiff opposes Defendant's Motion to Dismiss. (ECF No. 11.) Defendant does not object to Plaintiff's proposed sur reply. (ECF No. 19.) The Court having reviewed the parties' submissions in connection with these Motions, pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion, and for good cause shown,

**IT IS** on this 27th day of November 2017,

**ORDERED** that Plaintiff's Motion for Leave to File a Sur Reply (ECF No. 18) is **GRANTED**; and it is further

**ORDERED** that Defendant's Motion to Dismiss (ECF No. 8) is **GRANTED**; and it is further

**ORDERED** that the Complaint (ECF No. 1) is **DISMISSED WITH PREJUDICE**; and it is finally

**ORDERED** that the Clerk is directed to **CLOSE** the case.

*/s/     Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
UNITED STATE DISTRICT JUDGE
